**Order entered January 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00225-CR

**ROSS BRANTLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1300014-V**

## ORDER

We **GRANT** the State's motion to accept brief tendered and **ORDER** the brief received

January 8, 2014 filed as of the date of this order.

/s/     DOUGLAS S. LANG
PRESIDING JUSTICE